IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

DAVID RODRIGUEZ LEON

DEBTOR

CASE NO. 24-02271/MAG

CHAPTER 13

## *APPLICATION FOR LEAVE TO RETAIN SPECIAL COUNSEL*

TO THE HONORABLE COURT:

**COMES NOW, DAVID RODRIGUEZ LEON,** the Debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. The Debtor desires and requires the employment of Migna E. Rivera Ortiz, Esq., as Counsel, in order to litigate a civil case for liquidation of conjugal partnership property in the First Instance Court of Puerto Rico Coamo Superior Part.

2. The Debtor believes that it would be in the best interest of all parties that Migna E. Rivera Ortiz, Esq., represent the Debtor in the above describe matter filed at the First Instant Court of Puerto Rico Coamo Superior Part. The Debtor understands that Migna E. Rivera Ortiz, Esq., is qualified to render the foregoing services.

3. The professional services that Migna E. Rivera Ortiz, Esq., would perform are summarized as follows:

   a) To prepare motions, pleadings, and other legal documents necessary in the litigation of any claims in favor of the Debtor.

   b) To represent the Debtor in any negotiations with defendant.

   c) To render legal counseling, legal opinions, prepare legal documents when deemed necessary and/or advisable, as these may relate to any claims initiated against the defendant or in favor of the Debtor.

4. Based upon the Declaration attached hereto and marked as Exhibit #1, the Debtor believes that Migna E. Rivera Ortiz, Esq., does not hold or represents any interests adverse to the Debtor or the Debtor's estate and is a disinterested person within the meaning of 11 U.S.C. §101(14); and to the best of the Debtor's knowledge, this attorney is not related or otherwise connected with the Debtor, Debtor's counsel or the United States Trustee, or any person employed by the Office of the United States Trustee, or any other party in interest.

5. The Debtor has been informed that the normal billing rate of said attorney in this case is 10% of the proceeds ("contingency basis"), plus any reimbursement of outstanding costs and expenses.

6. The Debtor discussed with Migna E. Rivera Ortiz, Esq., her availability to be employed as special counsel in this case and to perform the services required.

7. Migna E. Rivera Ortiz, Esq., has no claim against the estate for prior services and there are no outstanding bills or invoices to be paid to her.

8. Migna E. Rivera Ortiz, Esq., also discloses that she has no agreement to share compensation or reimbursement to be received in this case with any person or entity, that I will amend this statement immediately upon the learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

**WHEREFORE** it is respectfully requested that the Debtor be authorized to employ Migna E. Rivera Ortiz, Esq., as case lead Counsel, to render the services as described in the foregoing application, with compensation to be paid on the end of the civil case.

## NOTICE

**You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has**

been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** that this motion was filed with the Court using the CM/ECF filing system which will send notice of same to all CM/ECF participants, including the Chapter 13 Trustee and the US Trustee's Office; I also certify that a copy of this motion has been sent to creditors and all parties in interest (non CM/ECF participants) as per matrix attached.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 16 day of December, 2024.

| | |
|---|---|
| *f/Migna E. Rivera Ortiz* | */s/Roberto Figueroa Carrasquillo* |
| MIGNA E. RIVERA ORTIZ, ESQ. | ROBERTO FIGUEROA CARRQSQUILLO |
| CRUZ & RIVERA LAW OFFICES | USDC-PR #203614 |
| RUA No. 18552 | RFIGUEROA CARRASQUILLO LAW OFFICE PSC |
| PO BOX 768 | COUNSEL FOR DEBTOR |
| COAMO PR 00769 | PO BOX 186 CAGUAS, PR 00726 |
| TEL/FAX NO 787-825-2288 | TEL NO 787-744-7699; 787-963-7699 |
| EMAIL: riveramigna@yahoo.com | EMAIL rfc@rfigueroalaw.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DAVID RODRIGUEZ LEON

DEBTOR

CASE NO. 24-02271/MAG

CHAPTER 13

**DECLARATION**

I, Migna E. Rivera Ortiz, Esq., declare:

1. That I am an Attorney duly admitted to practice before all the Courts of the Commonwealth of Puerto Rico.

2. I am the Attorney for the Debtor in a civil case for liquidation of conjugal partnership property that was filed at the First Instant Court of Puerto Rico Coamo Superior Part, and I am the attorney the Debtor is seeking to employ by the application to which this Declaration is attached as Exhibit #1.

3. That I have experience in general civil law and civil litigation, and I am qualified to represent the Debtor as Counsel, and I am willing to accept employment on the basis set forth in the annexed application.

4. My office is located at: #65 Baldorioty Street, Coamo Puerto Rico.

5. To the best of my knowledge I hold no interest adverse to the above entitled estate and I am a disinterested person as defined in 11 U.S.C. §101(14), nor am I, to the best of my knowledge, related or otherwise connected with Debtor, the United States Trustee, the Debtor, the United States Trustee, the Debtor's counsel or any person employed by the Office of the United States Trustee other party in interest.

6. There is no agreement to share any compensation or reimbursement to be received by any person or entity, that I will amend this statement immediately upon the

1

learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 16th day of December, 2024.

*/s/Migna E. Rivera Ortiz*
MIGNA E, RIVERA ORTIZ, ESQ.
CRUZ & RIVERA LAW OFFICES
PO BOX 768
COAMO PR 00769
TEL/FAX 787-825-2288
EMAIL riveramigna@yahoo.com

# Migna E. Rivera Ortiz

P.O. Box 768• Coamo,, Puerto Rico 00769
Phone: (787) 398-0616 • Fax: (787)825-2288 • E-Mail: riveramigna@yahoo.com

## Education

- 2008    J.D.    Juris Doctor Pontifical Catholic University of Puerto Rico
- 1993    M.S.N.    Master of Science
  Menthal and Psychiatric Nursing Pontifical Catholic University of Puerto Rico
- 1984    Bachelor of Science in Nursing    Pontifical Catholic University of Puerto Rico

## Experience

- Professor of Nursing Program UAGM Cabo Rojo,PR
- Professor of Nursing Program UNE Yauco,PR    2008 at present
- Professor of Nursing Program Interamerican University Ponce,PR    2006-2007
- Educator/Case Manager Community Cornestone Ponce,PR    2005-2006
- Professor of Nursing Program University Ponce,PR    1993-2004
- Professional Nurse Saint Lukes Home Care Hospice Program    1997-1999
- Scholar Nurse Department of Education    1987-1993

## Publications/Presentations

- Nivel de dominio léxico y su relación con la actitud hacia el plagio cibernético en el proceso de paráfrasis de textos del estudiantado de un curso de enfermería de una institución universitaria del área sur de Puerto Rico. Octuber 2021
  - Manejo del Proceso de Enfermería en el Escenario Clínico
    Mayo 2016
  - Leyes Protectoras de los Derechos de los Pacientes y su Influencia en la Práctica de la Enfermería
    December 2016
  - Aspectos Eticos, Legales y de Seguridad en el uso del record medico electronico
    December 2015
  - El Derecho de la Portación de Armas en Puerto Rico
    October 2012
  - La Actuación del Estado enlas disposiciones de la donación de órganos:El equilibrio entre la política pública y los derechos individuales, December 2007

### Research Experience

- Nivel de dominio léxico y su relación con la actitud hacia el plagio cibernético en el proceso de paráfrasis de textos del estudiantado de un curso de enfermería de una institución universitaria del área sur de Puerto Rico.  Octuber 2021

- El perfil de los estudianes de enfermería de la UNE en Yauco sobre el apoyo espiritual a sus pacientes  December 2014

- Aspectos que afectan el IMC en los estudiantes de nuevo ingreso y candidatos a graduación en enfermería de la UNE en Yauco  May 2015

- La percepción de los estudiantes subgraduados de la UNE en Yauco sobre la marihuana medicinal  May 2016

### Teaching Experience

- PSYCHIATRIC NURSING  1997 at present
- PRACTICUM  2003 at present
- PEDIATRIC NURSING  1995-2013
- PHARMACOLOGY NURSING  2009-2010
- FUNDAMENTALS OF NURSING  1993-2007-2010,2022
- COMMUNITY NURSING  2016
- MEDICAL SURGICAL NURSING  2022

### Professional Development

- Uso de la herramienta Interactiva de Blackboard Collaborate
- Blackboard Básico
- Guía para trabajo remoto
- Metodología para la Enseñanza Remota I y II
- Taller Aulas Tecnológica I y II
- Como Logra el Manejo Emocional Necesario para Aumentar Nuestro Bienestar Individual
- Creación de Exámenes
- Módulo Instruccionale COVID 19
- Carcinoma de Células Escamosas
- Identidad de Género como Competencia Cultural

- Prevención y Control de Infecciones
- Administración de Medicamentos
- Proyecto Innovador de la Enseñanza
- Electrocardiografía Básica
- El Arte de Líderar en el Desempeño de Supervisar
- Manejo de la Dislipidemia en Pediatría
- Polifarmacia
- Terapias Complementarias y Alternativas en Enfermería
- Control de Infecciones
- 8va. Conferencia de Derecho Laboral
- Cuidado del paciente con úlceras y heridas de la piel
- Leyes Protectoras de los Derechos de los Pacientes
- El Acoso o Bullying entre los profesionales de la salud
- El virus del Zika
- El Modelo del cambio:Prráctica Basada en Evidencia
- Enfermedades cardiovasculares en la mujer
- Exposición Ocupacional al VIH
- Research Aspects of HIPAA

## Affiliations/Memberships

- Lawyer and Notary of Supreme Court of PR          2011 at present
- Colegio de Profesionales de la Enfermería de PR   1985 at present
- Asociación de Notarios de Puerto Rico             2015 at present
- Sigma Theta Tau

## Licenses

Specialist Nurse Lic #1459

Profesiional Nurse Lic. #17225

Lawyer of Puerto Rico  RUA:18,552

## Interests

- Read many books and learn new education techniques.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-2<br>Case 24-02271-MAG13<br>District of Puerto Rico<br>Ponce<br>Mon Dec 16 13:18:49 AST 2024 | US Bankruptcy Court District of PR<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Caribe Federal Credit<br>Ofic 733 Fed Bldg<br>Hato Rey, PR 00918 |
| Caribe Federal Credit Union<br>195 O'neill St.<br>San Juan, PR 00918-2404 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | Island Finand<br>ATTN: Bankruptcy<br>1863 Calle Loiza<br>San Juan, PR 00911-1862 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jose Rodriguez<br>196 S Walnut St<br>Bensenville, IL 60106-2432 | Kiwifinance<br>33 Calle Resolucion Chubb Plaz<br>San Juan, PR 00920-2706 |
| MONEY EXPRESS<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN PR 00908-0146 | Prestamas/Money Express<br>PO Box 362983<br>San Juan, PR 00936-2983 | DAVID RODRIGUEZ LEON<br>HC01 BOX 10528<br>Coamo, PR 00769-9713 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14